IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MELISSA A. HILL;
ZENITH GROUP;
TOWN OF PARADISE; and
BUTTE COUNTY TREASURER,

    Defendants.

Case No. 2:17-cv-00608-MCE-EFB

**ORDER APPROVING STIPULATION TO LIEN PRIORITY BETWEEN THE UNITED STATES AND THE TOWN OF PARADISE**

Defendant, the Town of Paradise, and Plaintiff, the United States of America, have jointly filed a Stipulation regarding the Town of Paradise's interest in the real property at issue in this action by virtue of the Notice of Lien recorded on November 28, 2016, in Butte County, California, and the priority of the lien in this action. The Stipulation further provides that the Town of Paradise should be excused from further

Order Approving
Stipulation re: Lien Priority
(Between USA & Town of Paradise)

1

participation in this action and that the Town of Paradise agrees to be bound by the judgment in this case.

Pursuant to the Stipulation between the parties, **IT IS HEREBY ORDERED**:

(1) The Stipulation between the United States and the Town of Paradise is hereby approved;

(2) If the United States succeeds in obtaining from the Court an Order of Foreclosure and Judicial Sale of the real property at issue in this action, it shall submit to the Court a proposed order of sale consistent with the terms of that Stipulation;

(3) The United States and the Town of Paradise shall each bear their own costs;

(4) The Town of Paradise is excused from further participation in this action and is accordingly dismissed as a Defendant.

**IT IS SO ORDERED.**

**Dated: May 3, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Mahana K. Weidler
MAHANA K. WEIDLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel.:     (202) 616-1955
Fax:     (202) 307-0054
*Mahana.K.Weidler@usdoj.gov*
*Western.Taxcivil@usdoj.gov*

*Of Counsel:*
PHILLIP A. TALBERT
United States Attorney

*Counsel for Plaintiff, United States of America*

/s/ Dwight L. Moore
(as authorized on 4/28/17)
DWIGHT L. MOORE (SBN 62176)
Town Attorney
Town of Paradise
5555 Skyway
Paradise, CA 95969-4931
Tel.:    (530) 872-6291 ext. 118
*DMoore@townofparadise.com*

*Counsel for Defendant, Town of Paradise*

Order Approving
Stipulation re: Lien Priority
(Between USA & Town of Paradise)

3