UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA A. HILL; ZENITH GROUP; TOWN OF PARADISE; and BUTTE COUNTY TREASURER,<br><br>Defendants. | No. 2:17-cv-608-MCE-EFB PS<br><br><br>ORDER TO SHOW CAUSE |

This case was before the court on September 20, 2017, for hearing on plaintiff's motion for an order directing the clerk to enter default against defendant Melissa Hill. However, both plaintiff and Ms. Hill failed to appear at the hearing.

Local Rule 230(i) provides that "[a]bsent notice of intent to submit the matter on the briefs, failure to appear [at the hearing] . . . may result in the imposition of sanctions." Failure to comply with the court's Local Rules or court orders "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L.R. 110.

In light of plaintiff and Ms. Hill's failure to appear, it is hereby ORDERED that:

1. The hearing on plaintiff's motion for an order directing the clerk to enter defendant Hill's default (ECF No. 16) is continued to November 15, 2017.

1

2. Plaintiff and Ms. Hill shall show cause, in writing, by no later than November 1, 2017, why sanctions should not be imposed for their failure to appear at the September 20, 2017 hearing.

3. Ms. Hill shall file an opposition or a statement of non-opposition to plaintiff's motion by November 1, 2017.

4. Plaintiff may file a reply to defendant Hill's opposition, if any, not later than November 8, 2017.

5. Failure to comply with this order may result in the imposition of sanctions.

DATED: October 5, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE