UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA A. HILL; ZENITH GROUP;<br>TOWN OF PARADISE; and BUTTE<br>COUNTY TREASURER,<br><br>Defendants. | No. 2:17-cv-608-MCE-EFB PS<br><br><br>ORDER AFTER HEARING |

This case was before the court on November 15, 2017, 2016, for hearing on plaintiff's motion for an order directing the clerk to enter default against defendant Melissa Hill (ECF No. 16) and the court's October 5, 2017 order directing plaintiff and defendant Hill to show cause why sanctions should not be imposed for their failure to appear at the September 20, 2017 hearing (ECF No. 20). Trial Attorney Mahana Weidler of the Tax Division of the United States Department of Justice appeared on behalf of plaintiff; defendant Hill failed to appear.

/////
/////
/////
/////
/////

1

For the reasons stated on the record, the October 5, 2017 order to show cause is discharged as to plaintiff,[1] no sanctions are imposed, and plaintiff's motion for an order directing the clerk to enter default against defendant Hill (ECF No. 16) is denied without prejudice.

DATED: November 16, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff timely responded to the court's order to show cause. Defendant Hill filed nothing in response and did not appear at the hearing.

2