UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA A. HILL.; ZENITH GROUP; TOWN OF PARADISE; and BUTTE COUNTY TREASURER,<br><br>Defendants. | No. 2:17-cv-608-MCE-EFB PS<br><br><br><br>ORDER TO SHOW CAUSE |

On November 16, 2017, the court denied without prejudice plaintiff's motion for an order directing the clerk to enter default against defendant Hill. ECF No. 23. Since that date, the case has sat dormant with no further action taken by plaintiff.

Accordingly, good cause appearing, it is hereby ORDERED that:

1. Plaintiff shall show cause, in writing, no later than November 22, 2019, why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

2. Failure to comply with this order may result in the imposition of sanctions, including dismissal of this action for failure to prosecute.

DATED: November 6, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE