UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cv-00608-MCE-EFB |
| Plaintiff, | |
| v. | ORDER |
| MELISSA A. HILL; ZENITH GROUP; TOWN OF PARADISE; and BUTTE COUNTY TREASURER, | |
| Defendants. | |

On September 11, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 35.  No objections were filed.[1]

Accordingly, the Court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

///

---

[1] Although it appears from the file that defendant Hill's copy of the findings and recommendations was returned, defendant was properly served.  It is a party's responsibility to keep the court apprised of a current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

  The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The proposed Findings and Recommendations filed September 11, 2020 (ECF No. 35), are ADOPTED;

  2. The United States of America's motion to voluntarily dismiss claims two and three of the complaint (ECF No. 26), construed as a motion for leave to amend under Rule 15, is GRANTED;

  3. The complaint's second and third claims are deemed withdrawn, and defendants Zenith Group and Butte County Treasurer are DISMISSED from this action;

  4. The United States of America's motion for summary judgment (ECF No. 27) is GRANTED; and

  5. Judgment is entered against defendant Melissa Hill in the amount of $90,941 for unpaid personal income tax and frivolous return penalties, plus additional interest and other statutory additions that have accrued since November 21, 2019.

  IT IS SO ORDERED.

Dated: October 20, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE